# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: PLACE OF FRANK'S LLC    § Case No. 14-31503-HLB
                               §
                               §
Debtor(s)                      §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Andrea Wirum Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $4,162,680.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $4,205,969.17 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $603,209.66 | |

3) Total gross receipts of $ 4,809,178.83 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,809,178.83 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

Case: 14-31503   Doc# 175   Filed: 03/22/17   Entered: 03/22/17 08:59:57   Page 1 of 12

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,340,000.00 | $4,130,495.03 | $3,931,506.15 | $3,931,506.15 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 605,714.50 | 603,209.66 | 603,209.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 14,115.77 | 1,640.77 | 1,640.77 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 626,000.00 | 4,279,084.59 | 1,629,296.60 | 272,822.25 |
| **TOTAL DISBURSEMENTS** | $2,966,000.00 | $9,029,409.89 | $6,165,653.18 | $4,809,178.83 |

4) This case was originally filed under Chapter 7 on October 16, 2014. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/14/2017          By: /s/Andrea Wirum Chapter 7 Trustee
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 201-205 Ninth Street, San Francisco, CA 94103], | 1110-000 | 4,350,000.00 |
| Checking account at Wells Fargo with $100 contri | 1129-000 | 26,850.00 |
| Rent | 1122-000 | 155,358.83 |
| Cash reserve held by lender | 1229-000 | 276,970.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,809,178.83** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 23 | City and County of San Francisco | 4110-000 | N/A | 198,988.88 | 0.00 | 0.00 |
| SEC | Tahoe Skiers | 4110-000 | 2,340,000.00 | 60,000.00 | 60,000.00 | 60,000.00 |
| SEC | Tahoe Skiers, LLC | 4110-000 | N/A | 1,728,599.00 | 1,728,599.00 | 1,728,599.00 |
| SEC | Lin Dee Liu Services | 4110-000 | N/A | 1,876,908.13 | 1,876,908.13 | 1,876,908.13 |
| TAXES | Property Taxes | 4700-000 | N/A | 265,999.02 | 265,999.02 | 265,999.02 |
| **TOTAL SECURED CLAIMS** | | | **$2,340,000.00** | **$4,130,495.03** | **$3,931,506.15** | **$3,931,506.15** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - Firts American Title | 2500-000 | N/A | 36,674.35 | 36,674.35 | 36,674.35 |
| U.S. Trustee Quarterly Fees - Office of the United States Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 325.00 | 325.00 | 325.00 |
| Other - FRANCHISE TAX BOARD (ADMINISTRATIVE) | 2820-000 | N/A | 800.00 | 0.00 | 0.00 |
| Other - FRANCHISE TAX BOARD | 2820-000 | N/A | 1,704.84 | 0.00 | 0.00 |
| Trustee Compensation - Andrea Wirum Chapter 7 Trustee | 2100-000 | N/A | 167,607.66 | 167,607.66 | 167,607.66 |
| Trustee Expenses - Andrea Wirum Chapter 7 Trustee | 2200-000 | N/A | 190.44 | 190.44 | 190.44 |
| Other - Dentons US LLP | 3210-000 | N/A | 117,877.00 | 117,877.00 | 117,877.00 |
| Other - Dentons US LLP | 3220-000 | N/A | 1,312.98 | 1,312.98 | 1,312.98 |
| Other - Bacheki, Crom & Co., CPA'S | 3410-000 | N/A | 29,143.50 | 29,143.50 | 29,143.50 |
| Other - Bacheki, Crom & Co., CPA'S | 3420-000 | N/A | 179.60 | 179.60 | 179.60 |
| Other - Franchise Tax Board | 2820-000 | N/A | 7,600.00 | 7,600.00 | 7,600.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 254.87 | 254.87 | 254.87 |
| Other - Coldwell/ Aria | 3510-000 | N/A | 215,000.00 | 215,000.00 | 215,000.00 |
| Other - FedEx | 2420-000 | N/A | 50.50 | 50.50 | 50.50 |
| Other - California Fair Plan | 2420-752 | N/A | 16,879.27 | 16,879.27 | 16,879.27 |
| Other - Hawk N. Lee | 2420-000 | N/A | 800.00 | 800.00 | 800.00 |
| Other - Proferian 9th, LLC | 2500-000 | N/A | 2,592.73 | 2,592.73 | 2,592.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 89.00 | 89.00 | 89.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 101.94 | 101.94 | 101.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 111.42 | 111.42 | 111.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 187.96 | 187.96 | 187.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 765.53 | 765.53 | 765.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 746.67 | 746.67 | 746.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 848.59 | 848.59 | 848.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 738.99 | 738.99 | 738.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 734.01 | 734.01 | 734.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 834.20 | 834.20 | 834.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 731.83 | 731.83 | 731.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 831.62 | 831.62 | 831.62 |

**UST Form 101-7-TDR (10/1/2010)**

| | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | | $605,714.50 | $603,209.66 | $603,209.66 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | FRANCHISE TAX BOARD | 5800-000 | unknown | 1,640.77 | 1,640.77 | 1,640.77 |
| 30P | Frank Myers | 5300-000 | N/A | 12,475.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $14,115.77 | $1,640.77 | $1,640.77 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | FRANCHISE TAX BOARD | 7300-000 | N/A | 176.61 | 176.61 | 0.00 |
| 2 | Internal Revenue Service | 7100-000 | unknown | 200.00 | 200.00 | 33.50 |
| 3 | Jana Huisken | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| 4 | Allena Keele | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 5 | Brandon Jerez | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| 6 | Cherise Johnson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| 7 | Christopher Ashe | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| 8 | Darrell Grant | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| 9 | Dennis Wolfe | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| 10 | Irmatine Bolds | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| 11 | James Walker | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| 12 | Jana Huisken | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 13 | Jeffrey Habib | 7100-000 | 0.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | Jescina Adams | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| 15 | Kurt Edwards | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| 16 | Paul Galindo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| 17 | Quintera Simpson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| 18 | Robert Fugate | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| 19 | Robin Holmberg | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| 20 | Ross Link | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| 21 | Tiffany Garvey | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| 24 | City and County of San Francisco | 7100-000 | N/A | 688.75 | 688.75 | 115.34 |
| 26 | Robert Sprague | 7100-000 | 0.00 | 457,207.50 | 199,000.00 | 33,325.74 |
| 27 | Ashok Patel | 7100-000 | 0.00 | 750,000.00 | 0.00 | 0.00 |
| 28 | Rickesh Patel | 7100-000 | N/A | 1,200,000.00 | 525,000.00 | 87,919.66 |
| 29 | City Life Properties, LLC | 7100-000 | N/A | 1,325,000.00 | 800,000.00 | 133,972.82 |
| 30U | Frank Myers | 7100-000 | 576,000.00 | 523,756.24 | 104,231.24 | 17,455.19 |
| 33 | Franciscan Properties, Inc and Eddie Salem | 7200-000 | N/A | 22,055.49 | 0.00 | 0.00 |
| NOTFILED | Lutrece Davis The Phillips Hotel | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Desiree Harris The Phillips Hotel | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Monica Blake | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Craig Womack The Phillips Hotel | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kyenan McGowan The Phillips Hotel | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Claire Froeme | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Asia SF Restaurant c/o Danfoura Law Offices (Attn: | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | STATE BOARD OF EQUALIZATION | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$626,000.00** | **$4,279,084.59** | **$1,629,296.60** | **$272,822.25** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-31503-HLB  
**Case Name:** PLACE OF FRANK'S LLC

**Trustee:** (001220) Andrea Wirum Chapter 7 Trustee  
**Filed (f) or Converted (c):** 12/18/14 (c)  
**§341(a) Meeting Date:** 01/27/15

**Period Ending:** 03/14/17

**Claims Bar Date:** 04/27/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 201-205 Ninth Street, San Francisco, CA 94103], Sold on 12/22/15 | 6,500,000.00 | 2,560,000.00 | | 4,350,000.00 | FA |
| 2 | Rents in possof Ahok Patel listed as cash<br>    Removed in amendment doc #63 - not collectible and used as offset in connection with his claim which was reduced to zero | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 3 | Checking account at Wells Fargo with $100 contri | 100.00 | 100.00 | | 26,850.00 | FA |
| 4 | Computer and security cameras<br>    Value changed in amendment doc #63 Trustee visted premises.  Equipment has no net realizable value | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 5 | Unpaid rents from tenants<br>    Not collectible from hotel occupants (subtenants) and not collectible against Patel but used as an offset against his claim which was reduced to zero | 500,000.00 | 500,000.00 | | 0.00 | FA |
| 6 | Lawsuits<br>    Removed in amendment doc #63 and broken down and listed most as unknown value | 3,605,000.00 | 3,605,000.00 | | 0.00 | FA |
| 7 | Desk and chair in possession of Ashok Patel<br>    Removed in amended schedule B doc #63 No net realizable value | 45.00 | 45.00 | | 0.00 | FA |
| 8 | Paper in possession of Ashok Patel (2 reams)<br>    Removed in ameded schedule B doc #63 No value | 10.00 | 10.00 | | 0.00 | FA |
| 9 | "Hotel Phillips" sign on front of hotel<br>    Attached to the hotel and no net realizable value | 125.00 | 125.00 | | 0.00 | FA |
| 10 | Rent | Unknown | N/A | | 155,358.83 | FA |
| 11 | deposit with PG&E  (u)<br>    Not originally scheduled and not collectible by the estate | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 12 | Pictures, office desk, chairs, office supplies,  (u)<br>    Amendment doc #63  - Trustee visited premises.  Property has no net realizable value | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 13 | Possible payments of claims owed by BPINKapadia | Unknown | 0.00 | | 0.00 | FA |

Case: 14-31503    Doc# 175    Filed: 03/22/17    Entered: 03/22/17 08:59:57    Page 7 of 12

Printed: 03/14/2017 01:45 PM    V.13.30

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-31503-HLB  
**Case Name:** PLACE OF FRANK'S LLC  

**Trustee:** (001220) Andrea Wirum Chapter 7 Trustee  
**Filed (f) or Converted (c):** 12/18/14 (c)  
**§341(a) Meeting Date:** 01/27/15  

**Period Ending:** 03/14/17  

**Claims Bar Date:** 04/27/15  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | (u)<br>No claim - this was the Debtor's insurance agent |  |  |  |  |  |
| 14 | Possible cause of action ag Sweeny prior rec. (u)<br>Not originally scheduled . No value as this is a specious claim against a prior receiver of a predecessor in interest to the Debtor | Unknown | 0.00 |  | 0.00 | FA |
| 15 | Possible cause of action against Robert Sprague (u)<br>No value and Sprague voluntarily reduced his claim in the case | Unknown | 0.00 |  | 0.00 | FA |
| 16 | Possible cause of action against Monica Blake (u)<br>No value. Blake is Sprague's assistant | Unknown | 0.00 |  | 0.00 | FA |
| 17 | Place of Frank's v. P&TK Properties (San Francis (u)<br>Not originally scheduled and not a viable cause of action | Unknown | 0.00 |  | 0.00 | FA |
| 18 | Place of Frank's v. Sequoia Mortgage Capital Inc (u)<br>Not originally scheduled and not a viable cause of action | Unknown | 0.00 |  | 0.00 | FA |
| 19 | Cause of action against Jonathan Fried (u)<br>Not originally scheduled. This is not a claim of the debtor is is a claim of Myers against Fried. | Unknown | 0.00 |  | 0.00 | FA |
| 20 | Cash reserve held by lender (u)<br>The cash reserve was released by the lender after the sale of the property closed and the loan was paid. | 276,970.00 | 276,970.00 |  | 276,970.00 | FA |
| 20 | **Assets Totals** (Excluding unknown values) | **$10,939,750.00** | **$6,999,750.00** |  | **$4,809,178.83** | **$0.00** |

**Major Activities Affecting Case Closing:**

8/21/16  Execute final tax returns and prompt determination letters and send to accountant

3/23/16  Tenant claims have been withdrawn.  Next steps to work on other objectionable claims.

3/16/16  Sent counsel list of claims to be withdrawn related to tenant claims and asked him to contact Hooshmand firm re withdrawal or object

1/4/16   The sale of the property occurred on 12/22/15.  I have obtained the reserve from the lender now that the loan has been paid off.  The next step is to review claims in the case and work with counsel on objections as many of the claims may be objectionable.  The only remaining asset is a potential claim against Patel which

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 14-31503-HLB | Trustee: | (001220) Andrea Wirum Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | PLACE OF FRANK'S LLC | Filed (f) or Converted (c): | 12/18/14 (c) |
| | | §341(a) Meeting Date: | 01/27/15 |
| Period Ending: 03/14/17 | | Claims Bar Date: | 04/27/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

may be used as an offset in connection with his claim against the estate.

1/15/15  This case converted at the end of December, 2014.  I have not yet had the 341 meeting in the case (it was originally scheduled for 1/27 but debtor has new counsel who has requested continuance to 2/17).  I have obtained an order allowing me to operate.  The building is leased to two tenants.  The first floor and basement are leased to AsiaSF which is a night club and the other floors are leased to Ashok Patel who runs a short term occupancy  hotel.  I arranged turnover of the DIP account to me and have collected January rent from AsiaSF.  Patel has not been paying rent and my counsel and are are investigating the reasons for non-payment and whether there are valid reasons or set off rights.  I have retained a broker to sell the property.

| Initial Projected Date Of Final Report (TFR): | December 31, 2016 | Current Projected Date Of Final Report (TFR): | September 10, 2016  (Actual) |
| --- | --- | --- | --- |

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 14-31503-HLB | | Trustee: | Andrea Wirum Chapter 7 Trustee (001220) |
|---|---|---|---|---|
| Case Name: | PLACE OF FRANK'S LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7766 - Checking Account |
| Taxpayer ID #: | **-***9998 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/14/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/05/15 | {3} | Wells Fargo | close checking account at Wells Fargo, accrued rent | 1129-000 | 26,850.00 | | 26,850.00 |
| 01/12/15 | {10} | AsiaSF | nightclub rent | 1122-000 | 13,900.00 | | 40,750.00 |
| 01/28/15 | 101 | California Fair Plan | CN 5486434 Stopped on 02/05/15 | 2420-750 | | 7,848.50 | 32,901.50 |
| 02/05/15 | 101 | California Fair Plan | CN 5486434 Stopped: check issued on 01/28/15 | 2420-750 | | -7,848.50 | 40,750.00 |
| 02/05/15 | 102 | California Fair Plan | CN 5486434 | 2420-750 | | 7,848.50 | 32,901.50 |
| 02/11/15 | {10} | AsiaSF | rent | 1122-000 | 13,900.00 | | 46,801.50 |
| 03/11/15 | {10} | AsiaAF | rent | 1122-000 | 13,900.00 | | 60,701.50 |
| 04/02/15 | 103 | Franchise Tax Board | FEIN 46-2689998 and 2015 CA Form 3522 | 2820-000 | | 800.00 | 59,901.50 |
| 04/10/15 | {10} | AsiaAF | rent | 1122-000 | 13,900.00 | | 73,801.50 |
| 04/20/15 | 104 | California Fair Plan | CN 5486434 | 2420-750 | | 5,887.00 | 67,914.50 |
| 04/21/15 | 105 | Hawk N. Lee | building inspection and verification | 2420-000 | | 800.00 | 67,114.50 |
| 04/29/15 | 106 | Tahoe Skiers | adequate protection payment of interest | 4110-000 | | 40,000.00 | 27,114.50 |
| 05/11/15 | {10} | Asia SF | rent less $325 for sewer lines flush | 1122-000 | 13,575.00 | | 40,689.50 |
| 06/11/15 | {10} | Asia SF | reflects rent increase per lease of 2.5% | 1122-000 | 14,250.55 | | 54,940.05 |
| 06/12/15 | 107 | Tahoe Skiers | adequate protection payment of interest | 4110-000 | | 20,000.00 | 34,940.05 |
| 06/12/15 | {10} | Asia SF | deposit adjustment | 1122-000 | -10.00 | | 34,930.05 |
| 06/23/15 | 108 | California Fair Plan | CN 5486434 | 2420-750 | | 5,887.00 | 29,043.05 |
| 07/10/15 | {10} | Asia SF | rent | 1122-000 | 14,240.55 | | 43,283.60 |
| 07/29/15 | | California Fair Plan | refund | 2420-752 | | -2.50 | 43,286.10 |
| 08/17/15 | {10} | AsiaSF | rent | 1122-000 | 14,240.55 | | 57,526.65 |
| 09/14/15 | {10} | AsiaSF | less $800 for leaks | 1122-000 | 13,440.55 | | 70,967.20 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.00 | 70,878.20 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.94 | 70,776.26 |
| 11/04/15 | {10} | Asia SF | rent deducted plumbing repairs | 1122-000 | 6,850.55 | | 77,626.81 |
| 11/12/15 | {10} | AsiaSF | Rent | 1122-000 | 14,240.55 | | 91,867.36 |
| 11/17/15 | {10} | AsiaSF | NSF | 1122-000 | -14,240.55 | | 77,626.81 |
| 11/23/15 | {10} | AsiaSF | replaces NSF check | 1122-000 | 14,240.55 | | 91,867.36 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.42 | 91,755.94 |
| 12/03/15 | 109 | FedEx | Invoice 5-238-57085 Authorized by Operating Order Docket 115 | 2420-000 | | 50.50 | 91,705.44 |
| 12/21/15 | {10} | AsiaSF | rent deducted $5310.02 for repairs | 1122-000 | 8,930.53 | | 100,635.97 |
| 12/28/15 | {20} | LIN DEE LIU / CAL BK TRST LA | WIRED FUNDS cash released by lender | 1229-000 | 276,970.00 | | 377,605.97 |
| 12/28/15 | 110 | Dentons US LLP | interim fees order doc #110 Voided on 12/30/15 | 3210-000 | | 64,569.00 | 313,036.97 |

Subtotals: $459,178.83 $146,141.86

{} Asset reference(s)     Printed: 03/14/2017 01:45 PM    V.13.30

Case: 14-31503  Doc# 175  Filed: 03/22/17  Entered: 03/22/17 08:59:57  Page 10 of 12

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 14-31503-HLB | | Trustee: | Andrea Wirum Chapter 7 Trustee (001220) |
|---|---|---|---|---|
| Case Name: | PLACE OF FRANK'S LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7766 - Checking Account |
| Taxpayer ID #: | **-***9998 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/14/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/28/15 | 111 | Dentons US LLP | interim expenses order doc #110<br>Voided on 12/30/15 | 3220-000 | | 305.48 | 312,731.49 |
| 12/28/15 | 112 | Proferian 9th, LLC | pro rated rent to new owner | 2500-000 | | 2,592.73 | 310,138.76 |
| 12/30/15 | | First American Title Company | sale of 9th Street | | 226,819.50 | | 536,958.26 |
| | {1} | | sale of 9th Street       4,300,000.00 | 1110-000 | | | 536,958.26 |
| | | Lin Dee Liu Services | secured payoff       -1,876,908.13 | 4110-000 | | | 536,958.26 |
| | | Tahoe Skiers, LLC | secred payoff       -1,728,599.00 | 4110-000 | | | 536,958.26 |
| | | Property Taxes | taxes       -265,999.02 | 4700-000 | | | 536,958.26 |
| | {1} | Creit from Buyer | credit to seller from buyer       50,000.00 | 1110-000 | | | 536,958.26 |
| | | Coldwell/ Aria | commission       -215,000.00 | 3510-000 | | | 536,958.26 |
| | | Firts American Title | closing costs       -36,674.35 | 2500-000 | | | 536,958.26 |
| 12/30/15 | 110 | Dentons US LLP | interim fees order doc #110<br>Voided: check issued on 12/28/15 | 3210-000 | | -64,569.00 | 601,527.26 |
| 12/30/15 | 111 | Dentons US LLP | interim expenses order doc #110<br>Voided: check issued on 12/28/15 | 3220-000 | | -305.48 | 601,832.74 |
| 12/30/15 | 113 | Dentons US LLP | interim fees order doc #110 | 3210-000 | | 64,569.00 | 537,263.74 |
| 12/30/15 | 114 | Dentons US LLP | interim expenses order doc #110 | 3220-000 | | 305.48 | 536,958.26 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.96 | 536,770.30 |
| 01/13/16 | | California Fair Plan | property insurance refund | 2420-752 | | -2,740.73 | 539,511.03 |
| 01/18/16 | 115 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2015 FOR CASE #14-31503, Bond #016048574 | 2300-000 | | 254.87 | 539,256.16 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 765.53 | 538,490.63 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 746.67 | 537,743.96 |
| 03/30/16 | 116 | Franchise Tax Board | 46-2689998  2015 Form 568 order doc #140 | 2820-000 | | 6,000.00 | 531,743.96 |
| 03/30/16 | 117 | Franchise Tax Board | 46-2689998  2016 Form 3522 order doc #140 | 2820-000 | | 800.00 | 530,943.96 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 848.59 | 530,095.37 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 738.99 | 529,356.38 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 734.01 | 528,622.37 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 834.20 | 527,788.17 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 731.83 | 527,056.34 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 831.62 | 526,224.72 |
| 12/14/16 | 118 | Office of the United States Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $325.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 325.00 | 525,899.72 |
| 12/14/16 | 119 | Andrea Wirum | Dividend paid 100.00% on $167,607.66, Trustee Compensation;  Reference: | 2100-000 | | 167,607.66 | 358,292.06 |
| 12/14/16 | 120 | Andrea Wirum | Dividend paid 100.00% on $190.44, Trustee | 2200-000 | | 190.44 | 358,101.62 |

Subtotals :                    $226,819.50     $181,754.85

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-31503-HLB  
**Case Name:** PLACE OF FRANK'S LLC

**Trustee:** Andrea Wirum Chapter 7 Trustee (001220)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

**Taxpayer ID #:** **-***9998  
**Period Ending:** 03/14/17

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Expenses; Reference: | | | | |
| 12/14/16 | 121 | Dentons US LLP | Dividend paid 100.00% on $117,877.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 53,308.00 | 304,793.62 |
| 12/14/16 | 122 | Dentons US LLP | Dividend paid 100.00% on $1,312.98, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 1,007.50 | 303,786.12 |
| 12/14/16 | 123 | Bacheki, Crom & Co., CPA'S | Dividend paid 100.00% on $29,143.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 29,143.50 | 274,642.62 |
| 12/14/16 | 124 | Bacheki, Crom & Co., CPA'S | Dividend paid 100.00% on $179.60, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 179.60 | 274,463.02 |
| 12/14/16 | 125 | FRANCHISE TAX BOARD | Final Dividend paid on Claim# 1P; Reference: 0098 | 5800-000 | | 1,640.77 | 272,822.25 |
| 12/14/16 | 126 | Internal Revenue Service | Final Dividend paid on Claim# 2; Reference: 9998 | 7100-000 | | 33.50 | 272,788.75 |
| 12/14/16 | 127 | City and County of San Francisco | Final Dividend paid on Claim# 24; Reference: 9998 | 7100-000 | | 115.34 | 272,673.41 |
| 12/14/16 | 128 | Robert Sprague | Final Dividend paid on Claim# 26; Reference: | 7100-000 | | 33,325.74 | 239,347.67 |
| 12/14/16 | 129 | Rickesh Patel | Final Dividend paid on Claim# 28; Reference: | 7100-000 | | 87,919.66 | 151,428.01 |
| 12/14/16 | 130 | City Life Properties, LLC | Final Dividend paid on Claim# 29; Reference: | 7100-000 | | 133,972.82 | 17,455.19 |
| 12/14/16 | 131 | Frank Myers | Final Dividend paid on Claim# 30U; Reference: | 7100-000 | | 17,455.19 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 685,998.33 | 685,998.33 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 685,998.33 | 685,998.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$685,998.33** | **$685,998.33** | |

|  |  |
|---|---|
| Net Receipts : | 685,998.33 |
| Plus Gross Adjustments : | 4,123,180.50 |
| Less Other Noncompensable Items : | -2,743.23 |
| Net Estate : | $4,811,922.06 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7766 | 685,998.33 | 685,998.33 | 0.00 |
| | $685,998.33 | $685,998.33 | $0.00 |